VAN–006 Order Appointing Interim Trustee and Approving Standing Bond – Rev. 10/01/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
Robert Fields  
255 Basket Oak Dr  
Bunnlevel, NC 28323

CASE NO.: 19–05345–5–SWH

DATE FILED: November 18, 2019

CHAPTER: 7

ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Holmes P Harden  
Williams Mullen  
A Professional Corporation  
P. O. Drawer 1000  
Raleigh, NC 27602

DATED: November 19, 2019

Stephani W. Humrickhouse  
United States Bankruptcy Judge